UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

ANDREW PERRONG
    Plaintiff

v.

Charles Baratta LLC, et al.
    Defendants

No.  2:21-cv-00996

ORDER

**THIS MATTER** having been opened to the Court by Defendant Charles Baratta LLC ("Defendant"), on a Motion For Pro Hac Vice Admission Of Joshua L. Thomas, Esq. and on notice to Plaintiff; and the Court having reviewed the moving and responding papers and the arguments of the parties; and for good cause shown,

**IT IS** on this ___ day of _____, 2021:

**ORDERED THAT** Defendants' Motion For Pro Hac Vice Admission Of Joshua L. Thomas, Esq. in the above captioned matter is shall be and hereby is **GRANTED**; and it is

**FURTHER ORDERED THAT** counsel for Defendants shall serve a true and correct copy of this Order upon all parties to this action within seven (7) days of its receipt hereof.

BY THE COURT:

_____

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

ANDREW PERRONG
    Plaintiff

v.

Charles Baratta LLC, et al.
    Defendants

No.  2:21-cv-00996

## **VERIFIED PETITION**

I, JOSHUA THOMAS, ESQ., of full age, hereby certify as follows:

1. I am an attorney licensed to practice law in the State of Pennsylvania and I am an attorney in the firm of Joshua L. Thomas & Associates 225 Wilmington-West Chester Pike Suite 200 Chadds Ford, PA 19317. Phone: (215) 806-1733 and Fax: (888) 314-8910

2. I make this certification in support of the application for pro hoc vice admission in this matter on behalf of Defendant Charles Baratta LLC. for a period of 18 months pursuant to § 520.11 of the rules of the Court of Appeals (22 NYCRR 520.11) and § 690.3(b) or (c) of the Rules of the Appellate Division, Second Department (22 NYCRR 690.3[b], [c]).

3. I meet the eligibility requirements for admission pro hac vice pursuant to § 520.11(a)(2) or (b) of the Rules of the Court of Appeals.

4. I have been a member of the Pennsylvania Bar since 2011.

5. I am a member in good standing in the Bars of the State of Pennsylvania.

6. During the pendency of this action, I will notify the court immediately if any actions are instituted against me affecting my standing with the bar of any state.

7. I have an ongoing and long-standing client relationship with Defendant Charles Baratta LLC and Mr. Barrratta has requested I represent their interests in this matter.

8. As a condition of my admission, I agree to have all pleadings, briefs and other papers filed with the Court reviewed by an attorney of record authorized to practice in New York.

9. As a condition of my admission, I am familiar with and shall comply with the standards of professional conduct imposed upon members of the New York bar, including the rules of court governing the conduct of attorneys and the Rules of Professional conduct (22NYCRR part 1200).

10. I respectfully request that I be specially admitted pro hac vice to participate in this matter.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  July 15, 2021　　　　　　　　　　/S/ Joshua L. Thomas
　　　　　　　　　　　　　　　　　　　　Joshua L. Thomas Esq.
　　　　　　　　　　　　　　　　　　　　Joshua L. Thomas & Associates
　　　　　　　　　　　　　　　　　　　　225 Wilmington-West Chester Pike
　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　Chadds Ford, PA 19317
　　　　　　　　　　　　　　　　　　　　Phone: (215) 806-1733
　　　　　　　　　　　　　　　　　　　　Fax: (888) 314-8910
　　　　　　　　　　　　　　　　　　　　Email: JoshuaLThomas@gmail.com

Joshua L. Thomas Esq.
Joshua L. Thomas & Associates
Supreme Court ID No. 003992012
1110 Pocopson Road
PO Box 415
Pocopson, PA 19366
Phone: (215) 806-1733
Fax: (888) 314-8910
Email: JoshuaLThomas@gmail.com

| | |
|---|---|
| U.S. BANK, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK, NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY6 | SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION |
| PLAINTIFF | PASSAIC COUNTY |
| vs. | INDEX NO. 505227/2017 |
| STEPHEN JEMAL, ET AL., et al. | **VERIFICATION OF JOSHUA THOMAS, ESQ.** |
| DEFENDANT(S) | |

I, JOSHUA THOMAS, ESQ., of full age, hereby certify as follows:

I hereby verify that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Joshua Thomas, Esq.

Dated: May 9, 2017