UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW PERRONG<br>    Plaintiff<br><br>v.<br><br>Charles Baratta LLC, et al.<br>    Defendants | |
| | No.  2:21-cv-00996 |

## NOTICE OF APPEARANCE BY:
*AMBROSE W. WOTORSON, Jr., Esq.*

**PLEASE TAKE NOTICE THAT**, *Ambrose W. Wotorson, Jr., Esq.* represents defendants, Defendants Charles Baratta LLC, Slater Slater Schulman LLP, and Arkady Frekhtman Attorney at Law P.C. ("Defendants") in the above styled civil matter, whilst the *pro hac vice* admission of Joshua L. Thomas, Esq., as lead counsel, is pending. In the interim, all correspondence and all communication should be sent to, or had with, Ambrose Wotorson, Esq. defendants' behalf

Please take note of all of the contact information for Mr. Williams attorney, below:

Law Office of Ambrose Wotorson
_____x
By: Ambrose Wotorson, Esq.
225 Broadway, 41st Floor
New York, New York 10007
Loaww1650@aol.com (email)
212-884-5985 (Office)
609-598-0567 (Cell)
Skype: Wotorson1@outlook.com