IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES BARATTA LLC, a New York limited liability company, SLATER SLATER SCHULMAN LLP, a New York limited liability partnership, ARKADY FREKHTMAN ATTORNEY AT LAW, P.C. d/b/a FREKHTMAN & ASSOCIATES, a New York professional corporation, FLEMING NOLEN & JEZ LLP, a Texas limited liability partnership, and LAW OFFICE OF COHEN & JAFFE, LLP, a New York limited liability partnership<br><br>    Defendants. | Civil File No. 2:21-cv-00996-JS-AYS<br><br>**NOTICE OF INTENT TO OPPOSE PRO HAC VICE APPLICATION FILED BY AMBROSE W. WOTORSON, JR., ESQ.** |

Plaintiff provides notice of his intent to oppose the motion for *pro hac vice* admission of Joshua Thomas, Esq. in this action. Mr. Thomas filed his motion on July 20, 2021 (ECF No. 25). Plaintiff intends to file a response in opposition to the motion on or by August 3, 2021, two weeks from the filing of the *pro hac vice* motion.

Dated: July 20, 2021

Respectfully submitted,

*/s/ Avi R. Kaufman*
KAUFMAN PA
Avi R. Kaufman
400 Northwest 26th Street
Miami, Florida 33127
305-469-5881
kaufman@kaufmanpa.com

PARONICH LAW, P.C.
Anthony I. Paronich
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com

*Attorneys for Plaintiff and proposed class*

2