# Avi Kaufman

| | |
|---|---|
| **From:** | Jonathan E. Schulman <jschulman@sssfirm.com> |
| **Sent:** | Thursday, June 10, 2021 11:09 AM |
| **To:** | Avi Kaufman |
| **Cc:** | joshualthomas@gmail.com; anthony@paronichlaw.com |
| **Subject:** | Re: Intro / Baratta |

That's news to me.   I don't believe I have a relationship with Mr Thomas.

Can we set up a time to speak this afternoon?

Sent from my iPhone

> On Jun 10, 2021, at 11:00 AM, Avi Kaufman <kaufman@kaufmanpa.com> wrote:
>
> Hi Jonathan- Josh Thomas has previously stated that he represents your firm in this litigation.  Thanks- Avi
>
> Avi R. Kaufman
> (305) 469-5881
> 400 NW 26th Street
> Miami, Florida 33127
> www.KaufmanPA.com
>
>
> -----Original Message-----
> From: Jonathan E. Schulman <jschulman@sssfirm.com>
> Sent: Wednesday, June 9, 2021 3:19 PM
> To: Avi Kaufman <kaufman@kaufmanpa.com>
> Subject: Intro / Baratta
>
> Avi,
> I tried reaching you by phone yesterday to discuss the above matter.  Are you available to speak tomorrow?
>
> Thanks and best,
> Jonathan
>
> Sent from my iPhone