# Avi Kaufman

| | |
|---|---|
| **From:** | Adam P. Slater, Esq. <aslater@sssfirm.com> |
| **Sent:** | Tuesday, July 20, 2021 9:11 AM |
| **To:** | Avi Kaufman |
| **Cc:** | Jonathan Schulman |
| **Subject:** | Re: FW: Activity in Case 2:21-cv-00996-JS-AYS Perrong v. Charles Baratta LLC Notice of Appearance |

No he does not.

On Tue, Jul 20, 2021 at 8:59 AM Avi Kaufman <kaufman@kaufmanpa.com> wrote:

> Does Josh Thomas/Ambrose Wotorson represent you?  Previously you've expressly told me Josh Thomas didn't represent you.  Thanks.
>
>
> **Avi R. Kaufman**
>
> (305) 469–5881
>
> 400 NW 26th Street
>
> Miami, Florida 33127
>
> www.KaufmanPA.com
>
> 
>
> ---
>
> **From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
> **Sent:** Tuesday, July 20, 2021 8:54 AM
> **To:** nobody@nyed.uscourts.gov
> **Subject:** Activity in Case 2:21-cv-00996-JS-AYS Perrong v. Charles Baratta LLC Notice of Appearance
>
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
> **\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

# Notice of Electronic Filing

The following transaction was entered by Wotorson, Ambrose on 7/20/2021 at 8:54 AM EDT and filed on 7/20/2021

**Case Name:** Perrong v. Charles Baratta LLC
**Case Number:** 2:21-cv-00996-JS-AYS
**Filer:** Slater Slater Schulman LLP
**Document Number:** 28

**Docket Text:**
**NOTICE of Appearance by Ambrose W. Wotorson, Jr on behalf of Slater Slater Schulman LLP (aty to be noticed) (Wotorson, Ambrose)**

**2:21-cv-00996-JS-AYS Notice has been electronically mailed to:**

Ambrose W. Wotorson , Jr    loaww1650@aol.com

Avi Robert Kaufman    kaufman@kaufmanpa.com, rachel@kaufmanpa.com

**2:21-cv-00996-JS-AYS Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=7/20/2021] [FileNumber=16025611-0]
[93793213d506f938c0306e673f3710a558eb26732c903f2f799a7eb656218886da27
05782f2bc0e0ebefc3147701545ff0016e6976678a9d2a543dc9c97eaaa4]]

--

**Adam P. Slater, Esq.**
Partner



**phone:** (212) 481-7400
**fax:** (212) 922-0907
 aslater@sssfirm.com
**web:** www.sssfirm.com

488 Madison Avenue, 20th Floor
New York, New York 10022



This message, as well as any attached document, contains information from the law firm of Slater Slater Schulman LLP that is confidential and/or privileged, or may contain attorney work product.  The e-mail message is intended solely for the named recipient(s) above.  If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, copying, distribution or the taking of any action in reliance on the contents of this message or any attachment(s) is strictly prohibited, and may be unlawful.  If you have received this message in error, please delete all electronic copies of this message and its attachments, if any, destroy any hard copies you may have created, without disclosing the contents, and notify the sender immediately.  Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege.  Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.