# manatt

Anthony J. Staltari<br>
Manatt, Phelps & Phillips, LLP<br>
Direct Dial:  (212) 790-4640<br>
AStaltari@manatt.com

August 9, 2021

**VIA ECF**

Hon. Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza - P.O. Box 830
Central Islip, New York 11722

   Re:  Perrong v. Charles Baratta LLC, et. al,  Case No.: 2:21-cv-00996 (JS)(AYS)

Dear Magistrate Judge Shields:

  We represent defendant Law Office of Cohen & Jaffe, LLP ("Cohen") in the above-referenced action, and write with the consent of counsel for Plaintiff to request an extension of time for Cohen to answer, move or otherwise respond to the Second Amended Complaint in this action.

  Pursuant to Rule III of the Court's Individual Rules and Practices, the parties respectfully request that the time in which for Cohen to answer, move or otherwise respond to the complaint be extended to August 27, 2021. Currently, the last day for Cohen to respond to the complaint is August 13, 2021. This is Cohen's first request for an extension of time to respond to the complaint. The parties request this 14-day extension because counsel for Cohen was recently retained and requires time to assess the matter and prepare a response to the complaint.

  If the Court approves of this request, we respectfully request that it "So Order" this letter. We thank the Court for its consideration of this matter.

Respectfully submitted,

*s/ Anthony J. Staltari*

Anthony J. Staltari

cc:  All counsel of record via ECF

7 Times Square, New York, New York  10036  Telephone: 212.790.4500 Fax: 212.790.4545

Albany | Boston | Chicago | Los Angeles | New York | Orange County | Palo Alto | Sacramento | San Francisco | Washington, D.C.