

WWW.RIVKINRADLER.COM

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555  F 212.687.9044

**JONATHAN B. BRUNO**
PARTNER
(212) 455-9554
jonathan.bruno@rivkin.com

August 18, 2021

**VIA ELECTRONIC MAIL**

Hon. Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:  *Perrong v. Charles Baratta LLC, et al.*
          Civil Action No: 2:21-cv-00996-JS-AYS
          RR File No.:  2788-12

Dear Judge Shields:

      We represent defendant Fleming Nolen & Jez LLP in the above referenced matter. We write to request an extension of time to respond to the Complaint up to and including September 8, 2021. Our client's response to the Complaint is presently due on August 19, 2021. The reason for the request is that plaintiff and Fleming Nolen & Jez LLP are exploring a possible resolution to this matter. This is the second request for an extension of time. Plaintiff's counsel consents to this extension. Thank you for your consideration.

                      Very truly yours,

                      RIVKIN RADLER LLP

                      Jonathan B. Bruno

cc: All parties via ECF

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, N J  07601-7082
T 201.287.2460 F 201.489.0495

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

5424125.v1