# UNITED STATES DISTRICT COURT
## Eastern District of New York

| | |
|---|---|
| Perrong | Presiding Judge: **Joanna Seybert, Senior U.S.D.J.** |
| - v - | Case No(s).: **21-cv-0996-JS-AYS** |
| | Date: **1/20/2022** |
| Charles Baratta, LLC | Time in Court: 29 mins. |

### MINUTE ENTRY FOR A CIVIL PROCEEDING
SEALED PROCEEDING: ☐ Yes ☒ No

**I. APPEARANCES:**

| | | | |
|---|---|---|---|
| Plaintiff | : **Avi Kaufman, Esq.** | Court Reporter: | |
| | : | FTR Time: | **3:07 - 3:36** |
| Defendant | : **David Kruegar, Esq.** | Courtroom Deputy: | **Eric L. Russo** |
| Defendant | : **Laura Kogan, Esq.** | | |
| Defendant | : **Jonathan Bruno, Esq.** | | |
| | : | | |
| | : | | |
| | : | | |
| | : | | |
| | : | | |

**II. PROCEEDINGS HELD:**

☐ Discovery Conference ☐ Initial Conference ☒ Pre-Motion Conference
☐ Evidentiary Hearing ☐ Motion Hearing/Oral Argument ☐ Status/Pre-Trial Conference
☐ Fairness Hearing/Settlement Conference ☐ Preliminary Injunction Hearing ☐ Show Cause Hearing

☒ Other: Proceedings held via the Court's teleconferencing system.

**III. PROCEEDINGS SUMMARY:**

☒ The following proceedings were held regarding defendants' proposed motion to dismiss (see DE 54 and 55).

☐ Initial Conference held.
    ☐ The parties summarized the details of the case.
    ☐ The parties were directed to file a proposed discovery schedule on or before:
    ☐ The Court adopted the joint proposed discovery schedule ☐ in its entirety; ☐ with revisions.
    ☐ A discovery schedule
        ☐ will be entered under a separate order pursuant to the conference held.
        ☐ was set as follows:
            ☐ Exchange of Rule 26(a)(1) disclosures:
            ☐ Service of first interrogatories and document demands:
            ☐ Responses to first interrogatories and document demands:
            ☐ Motions to join new parties or amend the pleadings:
            ☐ Meet/confer regarding Rule 30(b)(6) depositions:
            ☐ Completion of all fact depositions:
            ☐ Identification of case-in-chief experts and service of Rule 26 disclosures:
            ☐ Identification of rebuttal experts and service of Rule 26 disclosures:
            ☐ Completion of **all discovery**, fact and expert:
            ☐ Commencement of summary judgment motion practice:
    ☐ The Court respectively refers all remaining discovery matters to Magistrate Judge

- ☐ Discovery Conference held.
    - ☐ The parties advised the Court of the status of discovery in this case.
    - ☐ The parties were directed to file a proposed amended discovery schedule on or before:
    - ☐ The Court adopted the joint proposed amended discovery schedule ☐ in its entirety; ☐ with revisions.
    - ☐ The discovery schedule
        - ☐ will be amended and entered under a separate order pursuant to the conference held.
        - ☐ was amended as follows:
            - ☐ Exchange of Rule 26(a)(1) disclosures:
            - ☐ Service of first interrogatories and document demands:
            - ☐ Responses to first interrogatories and document demands:
            - ☐ Motions to join new parties or amend the pleadings:
            - ☐ Meet/confer regarding Rule 30(b)(6) depositions:
            - ☐ Completion of all fact depositions:
            - ☐ Identification of case-in-chief experts and service of Rule 26 disclosures:
            - ☐ Identification of rebuttal experts and service of Rule 26 disclosures:
            - ☐ Completion of **all discovery**, fact and expert:
            - ☐ Commencement of summary judgment motion practice:
    - ☐ The Court respectively refers all remaining discovery matters to Magistrate Judge

- ☒ Pre-Motion Conference held.
    - ☒ Parties arguments were heard regarding the proposed motion(s).
    - ☒ The following briefing schedule was set:
        - ☒ Defendants'         Motion(s) due by: **2/22/2022**
        - ☒ Plaintiff's          Response(s) and/or Cross Motion(s) due by: **3/14/2022**
        - ☒ Defendants'         Reply(ies) and/or Response(s) to Cross Motion(s) due by: **3/24/2022**
        - ☐                     Reply(ies) to Cross Motion(s) due by:
    - ☐ The parties were directed to file a proposed briefing schedule on or before:
    - ☐ The parties agreed to file fully briefed motion(s) on or before:
    - ☐ The Movant(s) shall provide the Court with courtesy copies of the fully-briefed motion(s).
    - ☐ The individual parties shall provide the Court with courtesy copies of their individual submissions.
    - ☐ The Court respectively refers the motion(s) to Magistrate Judge
        - ☐ for purposes of submitting a Report and Recommendation for this Court's consideration.
        - ☐ to rule on the motion(s) in its entirety.

- ☐ Status/Pre-Trial Conference held.
    - ☐ The parties advised the Court of the status of this case.
    - ☐ The following briefing schedule was set:
        - ☐             Motion(s) due by:
        - ☐             Response(s) and/or Cross Motion(s) due by:
        - ☐             Reply(ies) and/or Response(s) to Cross Motion(s) due by:
        - ☐             Reply(ies) to Cross Motion(s) due by:
    - ☐ The parties were directed to file a proposed briefing schedule on or before:
    - ☐ The parties agreed to file fully briefed motion(s) on or before:
    - ☐ The Movant(s) shall provide the Court with courtesy copies of the fully-briefed motion(s).
    - ☐ The individual parties shall provide the Court with courtesy copies of their individual submissions.
    - ☐ The Court respectively refers the motion(s) to Magistrate Judge
        - ☐ for purposes of submitting a Report and Recommendation for this Court's consideration.
        - ☐ to rule on the motion(s) in its entirety.
    - ☐ The Court accepted the joint pretrial order ☐ in its entirety; ☐ with revisions.
    - ☐ The Court deemed this case ready for trial.
    - ☐ The parties were directed to file their proposed *voir dire* by:
    - ☐ The parties were directed to file their proposed *request to charge* by:

☐ Motion Hearing/Oral Argument held.
 ☐ Parties arguments were heard.
 ☐ Witness(es) (☐ for the _____ ; ☐ for the _____ ) called and sworn; testimony given.
 ☐ Exhibits were entered into evidence.
 ☐ The motion was:  ☐ granted; ☐ denied; ☐ granted, in part, and denied, in part.
 ☐ The decision was:  ☐ entered on the record; ☐ reserved.
 ☐ The Court will issue a written decision.

☐ Fairness Hearing/Settlement Conference held.
 ☐ Settlement negotiations took place between the Court and the parties (*off the record*).
 ☐ The parties outlined the details of the settlement agreement.
 ☐ No party(ies) appeared opposing settlement.
 ☐ Objections to the proposed settlement were heard.
 ☐ The Motion for Settlement Approval was:  ☐ granted; ☐ denied; ☐ granted, in part, and denied, in part.
 ☐ The Motion for Attorney Fees was:  ☐ granted; ☐ denied; ☐ granted, in part, and denied, in part.
 ☐ The decision was:  ☐ entered on the record; ☐ reserved.
 ☐ The Court will issue a written decision.

☐ Evidentiary Hearing held.
 ☐ Parties arguments were heard.
 ☐ Witness(es) (☐ for the _____ ; ☐ for the _____ ) called and sworn; testimony given.
 ☐ Exhibits were entered into evidence.
 ☐ The decision was:  ☐ entered on the record; ☐ reserved.
 ☐ The Court will issue a written decision.

☐ Preliminary Injunction Hearing held.
 ☐ Parties arguments were heard.
 ☐ Witness(es) (☐ for the _____ ; ☐ for the _____ ) called and sworn; testimony given.
 ☐ Exhibits were entered into evidence.
 ☐ The motion was:  ☐ granted; ☐ denied; ☐ granted, in part, and denied, in part.
 ☐ The decision was:  ☐ entered on the record; ☐ reserved.
 ☐ The Court will issue a written decision.

☐ Show Cause Hearing held.
 ☐ Parties arguments were heard.
 ☐ Witness(es) (☐ for the _____ ; ☐ for the _____ ) called and sworn; testimony given.
 ☐ Exhibits were entered into evidence.
 ☐ The motion was:  ☐ granted; ☐ denied; ☐ granted, in part, and denied, in part.
 ☐ The decision was:  ☐ entered on the record; ☐ reserved.
 ☐ The Court will issue a written decision.

## IV. OTHER RULINGS MADE DURING THE PROCEEDINGS:

☐ The record of these proceedings is deemed sealed. Transcripts of this proceeding can be made available to the Court and the above listed parties in the case only.

☒ Other:

- For the reasons stated on the record, the Clerk's Entries of Default (DE 10 and 18) are hereby vacated.

## V. FURTHER PROCEEDINGS SET:

☒ No further conferences or hearings have been set at this time.
☐ Bench Trial:                           at            before Judge
☐ Discovery Conference:                  at            before Judge
☐ Evidentiary Hearing:                   at            before Judge
☐ Fairness Hearing:                      at            before Judge
☐ Jury Selection:                        at            before Judge
☐ Jury Trial:                            at            before Judge
☐ Motion Hearing/Oral Argument:          at            before Judge
☐ Preliminary Injunction Hearing:        at            before Judge
☐ Pre-Motion Conference:                 at            before Judge
☐ Pre-Trial Conference:                  at            before Judge
☐ Settlement Conference:                 at            before Judge
☐ Show Cause Hearing:                    at            before Judge
☐ Status Conference:                     at            before Judge

☐ Other instructions regarding the proceedings set: