

**JONATHAN B. BRUNO**
PARTNER
(212) 455-9554
jonathan.bruno@rivkin.com

WWW.RIVKINRADLER.COM

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555  F 212.687.9044

February 22, 2022

**VIA ECF**

Hon. Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:  *Perrong v. Charles Baratta LLC, et al.*
           Civil Action No: 2:21-cv-00996-JS-AYS
           RR File No.:  2788-12

Dear Judge Seybert,

    We represent defendant Fleming Nolen & Jez LLP in the above-referenced matter. We write in response to the February 18, 2022, letter by Laura Kogan (Doc. 83), counsel for the co-defendants, requesting a stay of the case deadlines and an adjournment of the dispositive motion briefing deadlines (Doc. 79). Fleming Nolen & Jez LLP has no objection to Ms. Kogan's request as it relates to plaintiffs and co-defendants, but my client opposes any stay of the proceedings as it relates to their motion to dismiss for lack of personal jurisdiction, which was filed today (Docs. 84-87).  There is no reason for the Court to stay the briefing and decision on my client's motion to dismiss while plaintiffs and co-defendants participate in private mediation. Thank you for your consideration.

                                Very truly yours,

                                RIVKIN RADLER LLP

                                Jonathan B. Bruno

cc: All parties via ECF

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000  F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460  F 201.489.0495

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100  F 845.473.8777

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000  F 516.357.3333

5710793.v1