IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW PERRONG and STEWART ABRAMSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHARLES BARATTA LLC, a New York limited liability company, ARKADY FREKHTMAN ATTORNEY AT LAW, P.C. d/b/a FREKHTMAN & ASSOCIATES, a New York professional corporation, FLEMING NOLEN & JEZ LLP, a Texas limited liability partnership, RELIABLE LEGAL MARKETING CONSULTING, LLC, a Florida limited liability company, KRAUSE AND KINSMAN LAW, LLC, a Missouri limited liability company, LERNER & ROWE, PC, an Arizona Professional Corporation, and GACOVINO, LAKE & ASSOCIATES, P.C., a New York Professional Corporation.<br><br>    Defendants. | Civil Action No. 2:21-cv-00996-JS-AYS<br><br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE** that, based on the accompanying Memorandum of Law, Defendants Krause and Kinsman Law LLC, Lerner & Rowe, PC, Arkady Frekhtman Attorney at Law, PC, Reliable Legal Marketing Consulting LLC, Gacovino, and Lake & Associates, P.C., by and through undersigned counsel, move this Court to dismiss Plaintiffs' Third Amended Complaint under Fed. R. Civ. P. 12(b)(2) and Fed. R. Civ. P. 12(b)(6).

In accordance with the briefing schedule set forth in the January 20, 2022, Minutes Entry, Doc. 79, any answering memorandum and opposing affidavits shall be served on or before March 14, 2022, and any reply papers shall be served on or before March 24, 2022.

                                                Respectfully submitted,

Dated: February 22, 2022                   /s/ Laura E. Kogan

                                                Laura E. Kogan (0087453) (*pro hac vice*)
                                                David M. Krueger (0085072) (*pro hac vice*)
                                                John N. Dagon (0098128) (*pro hac vice*)
                                                Jaquan Williams (0100189) (*pro hac vice*)
                                                BENESCH, FRIEDLANDER, COPLAN &
                                                  ARONOFF LLP
                                                200 Public Square, Suite 2300
                                                Cleveland, Ohio 44114-2378
                                                Telephone:  216.363.4500
                                                Facsimile:  216.363.4588
                                                Email: lkogan@beneschlaw.com
                                                dkrueger@beneschlaw.com
                                                jdagon@beneschlaw.com
                                                jawilliams@beneschlaw.com

                                                Edward C. Wipper
                                                BENESCH, FRIEDLANDER, COPLAN &
                                                  ARONOFF LLP
                                                17 State Street, Suite 4000
                                                New York, New York 10004
                                                Telephone:   (646) 593-7051
                                                Facsimile:    (646) 798-8902
                                                Email:          ewipper@beneschlaw.com

                                                *Attorneys for Defendants Charles Baratta LLC, Krause and Kinsman Law, LLC, Lerner & Rowe, PC, Arkady Frekhtman Attorney at Law PC, Reliable Legal Marketing Consulting, LLC, and Gacovino, Lake & Associates, P.C.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                        */s/ Laura E. Kogan*
                                        Laura E. Kogan

15397659 v1