IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW PERRONG and STEWART ABRAMSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHARLES BARATTA LLC, a New York limited liability company, ARKADY FREKHTMAN ATTORNEY AT LAW, P.C. d/b/a FREKHTMAN & ASSOCIATES, a New York professional corporation, FLEMING NOLEN & JEZ LLP, a Texas limited liability partnership, RELIABLE LEGAL MARKETING CONSULTING, LLC, a Florida limited liability company, KRAUSE AND KINSMAN LAW, LLC, a Missouri limited liability company, LERNER & ROWE, PC, an Arizona Professional Corporation, and GACOVINO, LAKE & ASSOCIATES, P.C., a New York Professional Corporation.<br><br>    Defendants. | Civil Action No. 2:21-cv-00996-JS-AYS |

## JOINT STATUS REPORT

Plaintiffs, Andrew Perrong and Stewart Abramson (collectively, "Plaintiffs"), and Defendants, Charles Baratta LLC ("Baratta"), Krause and Kinsman Law LLC ("Krause"), Lerner & Rowe, PC ("Lerner"), Arkady Frekhtman Attorney at Law, PC ("Arkady"), Reliable Legal Marketing Consulting LLC ("Reliable Legal"), Gacovino, Lake & Associates, P.C. ("Gacovino") (collectively "Defendants") submit this Joint Status Update pursuant to the Court's March 23, 2022, Order. On May 5, 2022, the Parties participated in a private mediation that resulted in a settlement in principle, which resolves this matter on an individual basis with respect to Plaintiff

Perrong's and Plaintiff Abramson's claims against Defendants. In light of the settlement, the Parties anticipate finalizing the terms of the settlement and filing a Notice of Voluntary Dismissal within the next thirty (30) days.

Accordingly, the Parties request that the Court continue the stay of this action pending dismissal.

Dated: May 10, 2022

/s/ Laura E. Kogan
Laura E. Kogan (0087453) (*pro hac vice*)
David M. Krueger (0085072) (*pro hac vice*)
John N. Dagon (0098128) (*pro hac vice*)
Jaquan Williams (0100189) (*pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: lkogan@beneschlaw.com
dkrueger@beneschlaw.com
jdagon@beneschlaw.com
jawilliams@beneschlaw.com

Edward C. Wipper
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
17 State Street, Suite 4000
New York, New York 10004
Telephone: (646) 593-7051
Facsimile: (646) 798-8902
Email: ewipper@beneschlaw.com

*Attorneys for Defendants Charles Baratta LLC, Krause and Kinsman Law, LLC, Lerner & Rowe, PC, Arkady Frekhtman Attorney at Law PC, Reliable Legal Marketing Consulting, LLC, and Gacovino, Lake & Associates, P.C.*

| | |
|---|---|
| Dated: May 10, 2022 | */s/ Anthony I. Paronich* <br> Anthony I. Paronich <br> PARONICH LAW, P.C. <br> 350 Lincoln St., Suite 2400 <br> Hingham, MA 02043 <br> Telephone:   (617) 485-0018 <br> Email:           anthony@paronichlaw.com <br> <br> -and- <br> <br> Avi R. Kaufman <br> KAUFMAN PA <br> 400 Northwest 26th Street <br> Miami, Florida 33127 <br> Telephone:  (305) 469-5881 <br> Email:  kaufman@kaufmanpa.com <br> *Attorneys for Plaintiffs* |