**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ANDREW PERRONG and STEWART ABRAMSON, individually and on behalf of all others similarly situated, | : : : | Civil File No. 2:21-cv-00996-JS-AYS |
| | : | |
| Plaintiffs, | : : | |
| | : | |
| v. | : : | |
| | : | |
| CHARLES BARATTA LLC, a New York limited liability company, ARKADY FREKHTMAN ATTORNEY AT LAW, P.C. d/b/a FREKHTMAN & ASSOCIATES, a New York professional corporation, FLEMING NOLEN & JEZ LLP, a Texas limited liability partnership, RELIABLE LEGAL MARKETING CONSULTING, LLC, a Florida limited liability company, KRAUSE AND KINSMAN LAW, LLC, a Missouri limited liability company, LERNER & ROWE, PC, an Arizona professional corporation, and GACOVINO, LAKE & ASSOCIATES, P.C., a New York Professional corporation. | : : : : : : : : : : : : : : : : : : | |
| | : | |
| Defendants. | : : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES the parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs hereby voluntarily dismisses all of their individual claims against the Defendants in this action with prejudice, each party to pay their own costs. The putative class claims against Defendants are hereby voluntarily dismissed without prejudice, each party to pay their own costs.

15752891 v1

Dated: June 7, 2022                          Respectfully submitted,

                                             */s/ Anthony I. Paronich*
                                             Anthony I. Paronich (admitted *pro hac vice*)
                                             PARONICH LAW, P.C.
                                             350 Lincoln Street, Suite 2400
                                             Hingham, MA 02043
                                             Telephone: (508) 221-1510
                                             Email: anthony@paronichlaw.com

                                             *Attorney for Plaintiffs*


Dated: June 7, 2022                          */s/ Laura E. Kogan*
                                             Laura E. Kogan (0087453) (*pro hac vice*)
                                             David M. Krueger (0085072) (*pro hac vice*)
                                             John N. Dagon (0098128) (*pro hac vice*)
                                             Jaquan Williams (0100189) (*pro hac vice*)
                                             BENESCH,   FRIEDLANDER,   COPLAN   &
                                               ARONOFF LLP
                                             200     Public     Square,     Suite     2300
                                             Cleveland, Ohio 44114-2378
                                             Telephone:  216.363.4500
                                             Facsimile:  216.363.4588
                                             Email: lkogan@beneschlaw.com
                                             dkrueger@beneschlaw.com
                                             jdagon@beneschlaw.com
                                             jawilliams@beneschlaw.com

                                             Edward C. Wipper
                                             BENESCH,   FRIEDLANDER,   COPLAN   &
                                               ARONOFF LLP
                                             17 State Street, Suite 4000
                                             New York, New York 10004
                                             Telephone:  (646) 593-7051
                                             Facsimile:  (646) 798-8902
                                             Email:      ewipper@beneschlaw.com

                                             *Attorneys for Defendants Charles Baratta LLC,*
                                             *Krause and Kinsman Law, LLC, Lerner & Rowe, PC,*
                                             *Arkady Frekhtman Attorney at Law PC, Reliable*
                                             *Legal Marketing Consulting, LLC, and Gacovino,*
                                             *Lake & Associates, P.C.*

15752891 v1

## CERTIFICATE OF SERVICE

I, hereby certify that on June 7, 2022, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record. I have also sent the document to any party that has not appeared.

*/s/ Anthony I. Paronich*
Anthony I. Paronich

15752891 v1