# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW PERRONG and STEWART ABRAMSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARLES BARATTA LLC, a New York limited liability company, ARKADY FREKHTMAN ATTORNEY AT LAW, P.C. d/b/a FREKHTMAN & ASSOCIATES, a New York professional corporation, FLEMING NOLEN & JEZ LLP, a Texas limited liability partnership, RELIABLE LEGAL MARKETING CONSULTING, LLC, a Florida limited liability company, KRAUSE AND KINSMAN LAW, LLC, a Missouri limited liability company, LERNER & ROWE, PC, an Arizona professional corporation, and GACOVINO, LAKE & ASSOCIATES, P.C., a New York Professional corporation.<br><br>    Defendants. | Civil File No. 2:21-cv-00996-JS-AYS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES the parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs hereby voluntarily dismisses all of their individual claims against the Defendants in this action with prejudice, each party to pay their own costs. The putative class claims against Defendants are hereby voluntarily dismissed without prejudice, each party to pay their own costs.

| | |
|---|---|
| Dated: June 7, 2022 | Respectfully submitted, |
| | /s/ Anthony I. Paronich<br>Anthony I. Paronich (admitted *pro hac vice*)<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Telephone: (508) 221-1510<br>Email: anthony@paronichlaw.com<br><br>*Attorney for Plaintiffs* |
| Dated: June 7, 2022 | /s/ Laura E. Kogan<br>Laura E. Kogan (0087453) (*pro hac vice*)<br>David M. Krueger (0085072) (*pro hac vice*)<br>John N. Dagon (0098128) (*pro hac vice*)<br>Jaquan Williams (0100189) (*pro hac vice*)<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>200 Public Square, Suite 2300<br>Cleveland, Ohio 44114-2378<br>Telephone:  216.363.4500<br>Facsimile:  216.363.4588<br>Email: lkogan@beneschlaw.com<br>dkrueger@beneschlaw.com<br>jdagon@beneschlaw.com<br>jawilliams@beneschlaw.com<br><br>Edward C. Wipper<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>17 State Street, Suite 4000<br>New York, New York 10004<br>Telephone:  (646) 593-7051<br>Facsimile:  (646) 798-8902<br>Email:    ewipper@beneschlaw.com<br><br>*Attorneys for Defendants Charles Baratta LLC, Krause and Kinsman Law, LLC, Lerner & Rowe, PC, Arkady Frekhtman Attorney at Law PC, Reliable Legal Marketing Consulting, LLC, and Gacovino, Lake & Associates, P.C.* |
| **SO ORDERED.**<br><br>/s/ JOANNA SEYBERT<br>Joanna Seybert, U.S.D.J.<br><br>Dated: June 24, 2022<br>        Central Islip, New York<br><br>The Clerk's Office is directed to terminate the pending motions to dismiss and to mark this case CLOSED. | |